# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**DENNIS WILLIAMS,** :
:
  **Plaintiff** :
:
  **v.** : 5:04-CV-433 (WDO)
:
**VICTOR WALKER, Warden,** :
:
  **Defendant** :

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss this case based on Plaintiff's failure to exhaust the administrative remedies available at Hancock State Prison prior to filing this suit. Having carefully considered the Recommendation, and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court. This matter is DISMISSED WITHOUT PREJUDICE.

    SO ORDERED this 1st day of September, 2005.


    S/Wilbur D. Owens, Jr.
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**